UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br>        Petitioner,<br>    v.<br>WARDEN,<br>        Respondent. | Case No. 18-01636 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this action is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** January 22, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.18\01636Womack_judgment